IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Naamon Henry Brownlee, #0482, ) | C/A No. 2:06-2140-DCN-RSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **AMENDED ORDER** |
| NFN Daniels, Officer; ) | |
| James Dorriety, Director; ) | |
| NFN Stowers, Captain; ) | |
| County Council of Greenville County, ) | |
| ) | |
| Defendants. ) | |

On September 25, 2006, an Order adopting without objection the Report and Recommendation of the magistrate judge and dismissing defendant County Council of Greenville County. Plaintiff had been granted an extension until September 22, 2006, to file any objection. On October 2, 2006, plaintiff's objection was filed. The mailing envelope revealed the plaintiff's objection was sent to the mail room on September 21 and mailed from Columbia, South Carolina on September 25, 2006.

**IT IS THEREFORE ORDERED** that the order filed on September 25, 2006, is hereby vacated. The undersigned has considered the plaintiff's objections and again affirms the magistrate judge's report and recommendation. The defendant County Council of Greenville County is **dismissed** without prejudice and without issuance and service of process. Service on the remaining defendants has been ordered.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

Charleston, South Carolina
October 3, 2006